```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DARREN BRACEY,                                              :
                                                            :
                          Petitioner,                       :
                                                            :      16-CV-7919 (VSB) (DF)
              -against-                                     :
                                                            :              ORDER
HAROLD R. GRAHAM,                                           :
                                                            :
                          Respondent.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On April 27, 2020, Magistrate Judge Debra Freeman issued a thorough, 65-page Report and Recommendation, which "recommend[s] that [the pro se] Petitioner's Petition for a Writ of Habeas Corpus be dismissed in its entirety," and that I "decline to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)(A)." (Doc. 27 at 64.) Petitioner received the Report and Recommendation via mail and requested multiple extensions of time for filing objections to it, all of which I granted. The last extension of time required Petitioner's objections to be postmarked on or before May 31, 2021. (Doc. 45.) That time has passed, and Petitioner has still not filed objections.

      "When no objections to a Report and Recommendation are timely made, the "district court need only satisfy itself that there is no clear error on the face of the record.'" *McKinley v. New York*, 17 Civ. 214 (LAP (BCM), 2021 WL 1226947, at *1 (S.D.N.Y. Mar. 31, 2021) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). I have reviewed the record and the Report and Recommendation for clear error and have found none. Accordingly, I hereby ADOPT the Report and Recommendation in its entirety as the opinion of

the Court, DENY Petitioner's Petition in its entirety, and DISMISS this action.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner and to close this action.

SO ORDERED.

Dated: October 25, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge